

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Sustainable Texas Oyster Resource Management L.L.C. v. Hannah
                         Reef, Inc., Shrimps R US, Inc., IVO Slabic and Michael IVIC

Appellate case number:   01-15-01026-CV

Trial court case number:  15-CV-0772

Trial court:             56th District Court of Galveston County

It is ordered that Appellant's Motion for En Banc Reconsideration is denied.

It is so ORDERED.


Justice's signature: /s/ Laura Carter Higley
                         Acting for the En Banc Court


En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland,
Massengale, Brown, Huddle, and Lloyd.


Date:  June 28, 2016